**Opinion issued March 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00198-CV

———————————

## IN RE SOUTHWOOD PLACE RECREATION ASSOCIATION, INC. AND KEYSHA BOOKER, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

In this original proceeding, Relators Southwood Place Recreation Association and Keysha Booker seek mandamus relief from the trial court's April 16, 2014 Order granting a plea to the jurisdiction as to Southwood Place

---

[1]     The underlying case is *Southwood Place Recreation Ass'n and Keysha Booker v. Southwood Place Patio Homes Cmty Ass'n, Inc. and S. Arjumand Mubaarak*, Cause No. 2013-047353, in the 190th Judicial District Court of Chambers County.

Recreation Association. The petition for writ of mandamus is **DENIED**. All pending motions are **DENIED AS MOOT**.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.